IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED
JUN - 8 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| In the Matter of the Seizure of Funds up to $99,289.05 in the First Interstate Bank Accounts listed in the attached Exhibit A of the United States' Motion to File Seizure Warrant Documents Under Seal and to Seal Case | Cause No. MJ 20-58-BLG-TJC<br><br>ORDER TO SEAL SEIZURE WARRANT AND SEAL CASE |

The United States has filed a Motion to File Seizure Warrant Documents Under Seal and to Seal Case. Upon considering the United States' Motion and weighing the public's right of access to documents filed in this District, the Court finds that good cause exists at this time to allow the seizure warrant documents to be filed under seal and to seal this case.

IT IS HEREBY ORDERED that the United States' Motion is granted. The Clerk of District Court shall file under seal the Application for a Warrant to Seize Property Subject to Forfeiture and attached Affidavit in support of Application, Warrant to Seize Property, Motion to File Seizure Warrant Documents Under Seal, and this Order.

1

IT IS FURTHER ORDERED that the case is sealed and shall remain under seal until further order of this Court.

**DATED** this ___8___ day of June, 2020.

_____
Timothy J. Cavan
United States Magistrate Judge